

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2014

No. 04-14-00143-CV

Dennis **OLIVARES**,
Appellant

v.

**STATE FARM BANK** & Rausch, Sturm, Et al.,
Appellees

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 370251
Honorable Jason Pulliam, Judge Presiding

## O R D E R

Pending before the court is appellant's motion to stay proceedings in the trial court. Appellee did not file a response to appellant's motion.

The clerk's record is not due to be filed in this appeal until June 2, 2014; however, based on the statements made in appellant's motion, this court questions whether a final judgment or appealable order has been entered in the underlying cause over which this court would have jurisdiction. In appellant's notice of appeal, he states the appeal is from two interlocutory orders, one of which has not been signed; however, appellant provides no detail explaining the basis on which this court would have jurisdiction over the interlocutory orders. Appellant attaches an order granting leave to file late discovery to his docketing statement; however, an interlocutory appeal from such an order is not authorized by statute. *See Tex. A&M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840 (Tex. 2007) (holding appellate courts have jurisdiction to consider interlocutory orders only if statute explicitly provides such jurisdiction). It is therefore ORDERED that appellant show cause in writing no later than fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction. TEX. R. APP. P. 42.3.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2014.



Keith E. Hottle
Clerk of Court